UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN TELLIER,** | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-01496 |
| vs. | : | |
| **RUSSELL PERDUE, WARDEN,** | : | (Judge Rambo) |
| Respondent | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Tellier's petition for writ of habeas corpus (Docs. 1, 3) is **DISMISSED**.

2. The Clerk of Court shall close this case.

```
  s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge
```

Dated: December 5, 2016