UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN TELLIER,** | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-01496 |
| vs. | : | |
| **RUSSELL PERDUE, WARDEN,** | : | (Judge Rambo) |
| Respondent | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Tellier's motion for reconsideration (Doc. 6) is **DENIED**.

                                                          s/Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: February 16, 2017